OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed and a new trial ordered. The trial court was without authority to condition its approval of defendant’s request for substitution of his retained counsel on retained counsel’s stipulation that if substituted, he would not move for a continuance. As contrasted with
 
 People v Arroyave
 
 (49 NY2d 264), defendant’s retained counsel here, just before jury selection was to commence, stated unequivocally to the court that if his motion for a continuance were denied he would proceed to trial.
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur in memorandum.
 

 Order reversed, etc.